IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 2 2009
CLERK, U.S. DISTRICT COURT
By: _____
Deputy

|  |  |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § MAG. DOCKET NO.: _____ |
| GREGORY KEITH RAND | § CRIMINAL NO.: 3-09-CR-120-P (01) |

### ENTRY OF APPEARANCE OF COUNSEL

[X] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause. FOR THE LIMITED PURPOSE OF THE INITIAL APPEARANCE AND THE ARRAIGNMENT ONLY

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: 5-12-09

*Ted Steinke* (signature)

TED STEINKE
19137500

BILL MATEJA
Wil B. Maly
10318535O

_____
Signature of Attorney

_____
Attorney Name (Please Print)

_____
Attorney Bar Number

_____
Address

_____
Telephone (including area code)