IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CRIMINAL NUMBER: 3:09-CR-120-P(01) |
| | ) |
| GREGORY KEITH RAND | ) |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The Court, having considered the report of the Pretrial Services Agency and the statements and representations of the Defendant, finds that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED this 6th day of Aug, 2009.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE